UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tony Glenn Avant                                           Docket No. 5:02-CR-133-1H

### Petition for Action on Supervised Release

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tony Glenn Avant, who, upon an earlier plea of guilty to Possession with intent to Distribute Cocaine Base (Crack) in violation of 21 U.S.C. § 841 (a)(1) and Possession of a Firearm by a Felon in violation of 18 U.S.C § 922 (g)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on May 27, 2003, to the custody of the Bureau of Prisons for a term of 151 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Tony Glenn Avant was released from custody on November 7, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The offender was arrested on July 26, 2015 for DWI. He stated he was driving from a wedding and had consumed approximately two beers over several hours. He was arrested in Cumberland County and was released within a few hours.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing
                                               is true and correct.

/s/ Robert L. Thornton                         /s/ Tiffany C. Peacock
Robert L. Thornton                             Tiffany C. Peacock
Supervising U.S. Probation Officer             U.S. Probation Officer
                                               310 Dick Street
                                               Fayetteville, NC 28301-5730
                                               Phone: 910-354-2545
                                               Executed On: November 4, 2015

### ORDER OF THE COURT

Considered and ordered this 5th day of November, 2015 and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge